UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

REZA ZAVVAR,

    Petitioner,

v.

NIKITA SCOTT,
*in her official capacity as Director of the Baltimore Field Office, U.S. Immigration and Customs Enforcement,*
KRISTI NOEM,
*in her official capacity as Secretary of Homeland Security,*
and
PAM BONDI, *in her official capacity as Attorney General of the United States,*

    Respondents.

Civil Action No. 25-2104-TDC

**ORDER**

For the reasons stated during the July 1, 2025 Case Management Conference, it is hereby ORDERED that:

1. Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court extends the injunction set by Amended Standing Order 2025-01, ECF No. 3, through the briefing schedule to be set by the Court and until resolution of the issues addressed in the briefs. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 603, 604 (1966) (recognizing under the All Writs Act "a limited judicial power to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory channels"). Respondents, including all those acting for them or on their behalf, are

thus ENJOINED and RESTRAINED from removing Petitioner Reza Zavvar from the continental United States or altering his legal status until further order of this Court.

2. Respondents are directed to ensure that the custodian of Petitioner Reza Zavvar is served with this Order immediately.

Date: July __1__, 2025



THEODORE D. CHUANG
United States District Judge