# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

REZA ZAVVAR,

    Petitioner,

v.

NIKITA SCOTT,
*in her official capacity as Director of the Baltimore Field Office, U.S. Immigration and Customs Enforcement,*
KRISTI NOEM,
*in her official capacity as Secretary of Homeland Security,*
and
PAM BONDI, *in her official capacity as Attorney General of the United States,*

    Respondents.

Civil Action No. 25-2104-TDC

## ORDER

By agreement between the parties, and for the reasons stated during the July 1, 2025 Case Management Conference, it is hereby ORDERED that:

1. Respondents are directed to file an Answer to the Petition for a Writ of Habeas Corpus, ECF No. 2, by **Friday, July 11, 2025**, which should include as attachments all records relevant to resolution of the issues raised by the Petition.

2. Petitioner may file a Reply by **Friday, July 18, 2025**.

Date: July __1__, 2025

THEODORE D. CHUANG
United States District Judge