UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| REZA ZAVVAR,<br><br>　　Petitioner,<br><br>v.<br><br>NIKITA SCOTT,<br>*in her official capacity as Director of the Baltimore Field Office, U.S. Immigration and Customs Enforcement,*<br>KRISTI NOEM,<br>*in her official capacity as Secretary of Homeland Security,*<br>and<br>PAM BONDI, *in her official capacity as Attorney General of the United States,*<br><br>　　Respondents. | Civil Action No. 25-2104-TDC |

## ORDER

Petitioner Reza Zavvar has filed a Motion for an Extension of Time to file a Reply to Respondents' Answer to the Petition for a Writ of Habeas Corpus in which he requests that the deadline by which he must file a Reply be extended to July 23, 2025. ECF No. 14. Respondents do not oppose the Motion. Accordingly, it is hereby ORDERED that Petitioner's Motion for an Extension of Time, ECF No. 14, is GRANTED. Petitioner may file a Reply to Respondents' Answer to the Petition for a Writ of Habeas Corpus by **July 23, 2025**.

Date: July 16, 2025

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　THEODORE D. CHUANG
　　　　　　　　　　　　　　　　　　　　United States District Judge