UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

REZA ZAVVAR,

    Petitioner,

v.

NIKITA SCOTT,
*in her official capacity as Director of the Baltimore Field Office, U.S. Immigration and Customs Enforcement,*
KRISTI NOEM,
*in her official capacity as Secretary of Homeland Security,*
and
PAM BONDI, *in her official capacity as Attorney General of the United States,*

    Respondents.

Civil Action No. 25-2104-TDC

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Petitioner Reza Zavvar's Corrected Petition for a Writ of Habeas Corpus, ECF No. 2, is GRANTED IN PART and STAYED IN PART in that:

    a. The Petition is granted as to Count 1 in that Respondents are directed to release Zavvar from the Baltimore Field Office of U.S. Immigrations and Customs Enforcement located at 31 Hopkins Plaza, 6th Floor, Baltimore, Maryland 21201 no later than **Friday, September 12, 2025 at 12:00 noon**, under the same conditions, if any, governing his previous release.

b. The Petition is stayed as to Counts 2 and 3 pending the full resolution of *D.V.D. v. U.S. Department of Homeland Security*, No. 25-10676-BEM, 2025 WL 1142968 (D. Mass. Apr. 18, 2025).

2. The parties shall file a Joint Status Report by **Monday, September 15, 2025 at 12:00 noon** to confirm Respondents' compliance with this Order.

3. All other orders previously issued in this case remain in effect.

4. The Court shall retain jurisdiction of this matter to enforce compliance with this Order.

Date: September 8, 2025

_____
THEODORE D. CHUANG
United States District Judge